FARMERS & MERCHANTS NATIONAL BANK OF CANNON FALLS
v. R. H. MIES.[1]

November 21, 1924.

No. 24,143.

**Finding that plaintiff was holder of note in due course sustained.**

The record does not warrant interference with the controlling finding of fact.

Action transferred to the district court for Dakota county to recover $500 on a promissory note. The case was tried before Senn, J., who ordered judgment in favor of plaintiff. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*P. H. O'Keefe*, for appellant.

*T. R. Johnson* and *W. H. & H. W. Gillitt*, for respondent.

PER CURIAM.

Action on a promissory note, plaintiff, an indorsee, claiming to be a holder in due course. The defense was want of consideration and fraud. The trial was to the court without a jury. The decision was for plaintiff, and this appeal is from an order denying defendant a new trial.

The court found that plaintiff was a holder in due course, and there is nothing in the record justifying our interference with that finding, which of course controls the result.

Order affirmed.

[1]Reported in 200 N. W. 748.